UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAWRENCE E. CLARKE, JR.,

               Plaintiff,

    v.

DANIEL T. SATTERBERG, et al.,

              Defendants.

CASE NO. 2:19-cv-00109-JCC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 26th day of March, 2019.


BRIAN A. TSUCHIDA
Chief United States Magistrate Judge